OPINION — AG — **** COUNTY COMMISSIONERS — RESIGNATION — INTERIM APPOINTMENTS **** THE GOVERNOR HAS AUTHORITY TO MAKE INTERIM APPOINTMENTS TO THE OFFICE OF COUNTY COMMISSIONER TO FILL VACANCIES LEFT BY RESIGNATIONS. CITE: 19 O.S. 1961 361-364 [19-361] — [19-364], 19 O.S. 1961 3 [19-3], ARTICLE VI, SECTION 2, 19 O.S. 1961 361 [19-361] 19 O.S. 1961 362 [19-362], 51 O.S. 1967 Supp., 10 [51-10] W. J. MONROE